**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No.  1:26-cv-02016 JLT HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 3) |
| FEDERAL ELECTION COMMISSION, | |
| Defendant. | |

Plaintiff Steven Quinn Singleton is proceeding pro se in this action filed against the Federal Election Committee ("FEC") requesting that the Court review complaints submitted to the FEC.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2026, the Magistrate Judge filed a Findings and Recommendations to dismiss this action because the Eastern District of California lacks jurisdiction over Plaintiff's claim.  (Doc. 3.)  The Magistrate Judge stated, "Under 52 U.S.C. § 30109(a)(8), the United States District Court for the District of Columbia has exclusive jurisdiction over claims alleging that the FEC failed to act on or investigate complaints."  (*Id.* at 3 (citing *Chamberlain v. Fed. Election Comm'n*, 2025 WL 1219701, at *2 (E.D. Cal. Apr. 28, 2025), *report and recommendation adopted*, 2025 WL 1836714 (E.D. Cal. July 3, 2025)).)  The Court served the findings and recommendations on Plaintiff, notified him that objections were due within 14 days, and warned

that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id*. at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff failed to file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1.     The Findings and Recommendations issued on March 24, 2026 (Doc. 3) are **ADOPTED** in full.

2.     The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment against Plaintiff, and close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

UNITED STATES DISTRICT JUDGE

2